```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    MATTHEW C. BOCKMON, Bar #161566
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    KINI COSMA-NELMS
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-120-DAD |
|---|---|
| Plaintiff, | ) **SECOND AMENDED** APPLICATION FOR TRANSPORTATION ORDER WITH AFFIDAVIT OF COUNSEL; ORDER FOR TRANSPORTATION |
| v. | |
| KINI COSMA-NELMS, | |
| Defendant. | ) Judge: Hon. Dale A. Drozd |

I, Matthew C. Bockmon, Assistant Federal Defender, declare as an officer of the Court and appointed attorney for Kini Cosma-Nelms that she is unable to afford her own transportation to federal court in Sacramento, California as confirmed by her telephone call of June 24, 2005.

Dated: June 27, 2005                    Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

                                        /s/ Matthew C. Bockmon

                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        KINI COSMA-NELMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-120-DAD |
| ) Plaintiff, ) | |
| ) | ORDER RE: TRANSPORTATION |
| v. ) | AND SUBSISTENCE PURSUANT |
| ) | TO 18 U.S.C. §4285 |
| KINI COSMA-NELMS, ) | |
| ) Defendant. ) | |

TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, Kini Cosma-Nelms, with transportation from Dairy, Oregon to Sacramento, California for a trial-confirmation hearing in the United States District Court for the Eastern District of California on **Thursday, June 30, 2005 at 10:00 a.m.** and return transportation to Dairy, Oregon.

In addition, the United States Marshal shall furnish Ms. Cosma-Nelms with money for any subsistence expenses to her destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. Ms. Cosma-Nelms is financially unable to travel to Sacramento, California without transportation and subsistence expenses. Ms. Cosma-Nelms will also

Order for Transportation/Kini Cosma-Nelms

need transportation for her return to Dairy, Oregon, the place of her bonafide residence after the trial-confirmation proceedings on Thursday, June 30, 2005.

This is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated: June 27, 2005

_____
DALE A. DROZD
U.S. Magistrate Court Judge

Order for Transportation/Kini Cosma-Nelms  3