QUIN DENVIR, Bar #49374
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KINI COSMA-NELMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-120-DAD |
|             Plaintiff, ) | STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION AND JURY TRIAL HEARINGS |
|     v. ) | |
| KINI COSMA-NELMS, ) | Date: July 7, 2005 |
|             Defendant. ) | Time: 9:30 a.m. |
| _____ ) | Judge: Dale A. Drozd |

The United States of America, through Ellen Endrizzi, Assistant United States Attorney, together with defendant, Kini Cosma-Nelms, through Matthew Bockmon, Assistant Federal Defender, stipulate that the trial confirmation hearing date of June 30, 2005 and the jury trial date of July 11, 2005 be vacated and continued for trial-confirmation hearing on July 7, 2005 at 9:30 a.m. and for jury trial on July 25, 2005 at 10:00 a.m.

This continuance is requested to arrange the defendant's transportation from the District of Oregon.

/////

1     The parties agree that the Court should exclude time under the
2 Speedy Trial Act from the date of this order until July 7, 2005
3 pursuant to 18 U.S.C. § 3161 (h)(1)(H) for delay resulting from
4 transportation of any defendant from another district and 18 U.S.C. §
5 3161(h)(3)(A) for delay resulting from the absence or unavailability of
6 the defendant because the defendant cannot afford her own
7 transportation and this continuance is required to arrange her
8 transportation through the U.S. Marshal and Amtrack.
9 Dated: June 28, 2005

                                              Respectfully submitted,

                                              QUIN DENVIR
                                              Federal Defender

                                              /s/ Matthew C. Bockmon
                                              _____
                                              MATTHEW C. BOCKMON
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              KINI COSMA-NELMS

17 Dated: June 28, 2005                  MCGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ Matthew C. Bockmon for
                                              _____
                                              ELLEN ENDRIZZI
                                              Assistant U.S. Attorney
                                              per telephonic authority

## O R D E R

23    FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice
24 served by granting this continuance outweigh the best interest of the
25 public and the defendant in a speedy trial.  Time is excluded under
26 18 U.S.C. § 3161(h)(1)(H) and 18 U.S.C. § 3161(h)(3)(A).
27    IT IS SO ORDERED that the trial confirmation of June 30, 2005 and
28 jury trial of July 11, 2005 are vacated and continued for trial

Stipulation & Order                     2

1 confirmation hearing on July 7, 2005 at 9:30 a.m. and for jury trial on
2 July 25, 2005 at 10:00 a.m.
3 DATED: June 29, 2005.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8 Ddad1/orders.criminal/nelms0120.stipord

Stipulation & Order            3