QUIN DENVIR, Bar #49374
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KINI COSMA-NELMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> KINI COSMA-NELMS, </br></br> Defendant. | No. CR-S-05-120-DAD </br></br> APPLICATION FOR TRANSPORTATION ORDER WITH AFFIDAVIT OF COUNSEL; ORDER FOR TRANSPORTATION </br></br> Judge: Hon. Dale A. Drozd |

Subsequent to the Application and Order for Transportation filed by undersigned counsel on June 27, 2005, the trial confirmation hearing in the above matter was continued to July 7, 2005 at 9:30 a.m. to allow the United States Marshal Service additional time to arrange for defendant's transportation from the District of Oregon via Amtrack. Ms. Cosma-Nelms continues to be unable to afford her own transportation to federal court in Sacramento, California for her trial-confirmation

///

///

///

1  hearing, presently scheduled for July 7, 2005 at 9:30 a.m.
2  Dated: June 28, 2005
3                                      Respectfully submitted,
4                                      QUIN DENVIR
                                       Federal Defender
5
                                       /s/ Matthew C. Bockmon
6                                      _____
                                       MATTHEW C. BOCKMON
7                                      Assistant Federal Defender
                                       Attorney for Defendant
8                                      KINI COSMA-NELMS
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order for Transportation/Kini Cosma-Nelms 2

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9  UNITED STATES OF AMERICA,    )   No. CR-S-05-120-DAD
                                )
10              Plaintiff,      )
                                )   ORDER RE: TRANSPORTATION
11      v.                      )   AND SUBSISTENCE PURSUANT
                                )   TO 18 U.S.C. §4285
12 KINI COSMA-NELMS,            )
                                )
13              Defendant.      )
                                )
14                              )
   _____)
15

16 TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

17      This is to authorize and direct you to furnish the above named
18 defendant, Kini Cosma-Nelms, with transportation from Dairy, Oregon to
19 Sacramento, California for a trial-confirmation hearing in the United
20 States District Court for the Eastern District of California on
21 **Thursday, July 7, 2005 at 9:30 a.m.** and return transportation to Dairy,
22 Oregon.
23      In addition, the United States Marshal shall furnish Ms. Cosma-
24 Nelms with money for any subsistence expenses to her destination, not
25 to exceed the amount authorized as a per diem allowance for travel
26 under section 5702(a) of Title 5, United States Code.  Ms. Cosma-Nelms
27 is financially unable to travel to Sacramento, California without
28 transportation and subsistence expenses.  Ms. Cosma-Nelms will also

Order for Transportation/Kini Cosma-Nelms 3

1  need transportation for her return to Dairy, Oregon, the place of her
2  bonafide residence after the trial-confirmation proceedings on
3  Thursday, July 7, 2005.
4      This is authorized pursuant to 18 U.S.C. § 4285.
5  IT IS SO ORDERED.
6  DATED: June 29, 2005.

_____
DALE A. DRCZD
UNITED STATES MAGISTRATE JUDGE

10  Ddad1/orders/criminal/nelms0120.transp.ord

Order for Transportation/Kini Cosma-Nelms 4