```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  KINI COSMA-NELMS
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  No. CR-S-05-120-DAD
                                 )
12            Plaintiff,         )
                                 )  APPLICATION FOR TRANSPORTATION
13       v.                      )  ORDER WITH AFFIDAVIT OF COUNSEL;
                                 )  ORDER FOR TRANSPORTATION
14  KINI COSMA-NELMS,            )
                                 )
15            Defendant.         )
                                 )  Judge: Hon. Dale A. Drozd
16  _____)
```

17       Subsequent to the Application and Order for Transportation

18  previously filed by undersigned counsel, the jury trial in the above

19  matter has been scheduled for July 28, 2005 at 10:00 a.m.

20       Ms. Cosma-Nelms remains unable to afford her own transportation

21  from Oregon to federal court in Sacramento, California for her jury

22  trial, presently scheduled for July 28, 2005 at 10:00 a.m.

23  Dated: July 18, 2005                Respectfully submitted,

24                                      QUIN DENVIR
                                        Federal Defender
25
                                        /s/ Matthew C. Bockmon
26                                      _____
                                        MATTHEW C. BOCKMON
27                                      Assistant Federal Defender
                                        Attorney for Defendant
28                                      KINI COSMA-NELMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-120-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE: TRANSPORTATION |
| v. | ) | AND SUBSISTENCE PURSUANT |
| | ) | TO 18 U.S.C. §4285 |
| KINI COSMA-NELMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, Kini Cosma-Nelms, with transportation from Dairy, Oregon to Sacramento, California for jury trial in the United States District Court for the Eastern District of California on **Thursday, July 28, 2005 at 10:00 a.m.** and return transportation to Dairy, Oregon.

In addition, the United States Marshal shall furnish Ms. Cosma-Nelms with money for any subsistence expenses to her destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  Ms. Cosma-Nelms is financially unable to travel to Sacramento, California without transportation and subsistence expenses.  Ms. Cosma-Nelms will also need transportation for her return to Dairy, Oregon, the place of her

Order for Transportation/Kini Cosma-Nelms  2

1   bonafide residence after the jury trial on Thursday, July 28, 2005.
2        This is authorized pursuant to 18 U.S.C. § 4285.
3   IT IS SO ORDERED.
4   DATED: July 19, 2005.

_____
DALE A. DRCZD
UNITED STATES MAGISTRATE JUDGE

9   Ddad1/orders.criminal/cosma-nelms0120.ord

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order for Transportation/Kini Cosma-Nelms 3