UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 21, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR S-05-0120 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| KINI COSMA-NELMS, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __KINI COSMA-NELMS__ , Case No. __CR S-05-0120 DAD__ , Charge __Title 18 USC § 1703__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

__ Unsecured Appearance Bond $_____

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

X  (Other)  _Time served – immediate release authorized._

Issued at __Sacramento, CA__ on __September 21, 2005__ at __2:30 p.m.__

By __/s/ Dale A. Drozd__
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal