**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Dale A. Drozd
United States Magistrate Judge
Sacramento, California

                        **RE:    Kini COSMA-NELMS
                               Docket Number: 2:05CR00120-01
                               MODIFICATION REQUEST**

Your Honor:

On September 21, 2005, Ms. Cosma-Nelms was sentenced to time served, 12 months supervised release, and ordered to pay a $25 special assessment and $5,685 in restitution, following her conviction for violation of 18 USC 1703(b) - Delay or Destruction of Mail. In addition to the standard conditions of supervision, the Court ordered Ms. Cosma-Nelms to provide any requested financial information to the probation officer.

Once Ms. Cosma-Nelms was sentenced, she returned to her home in Oregon. A request for transfer of supervision was submitted to the District of Oregon. During their investigation, it became clear Ms. Cosma-Nelms was in need of mental health services; however, a mental health treatment condition was not ordered. The United States Probation Office in the District of Oregon related they could not adequately supervise Ms. Cosma-Nelms without a mental health treatment condition and would not accept transfer of supervision without this special condition.

All parties were apprised of the situation and agreed that should the Court order Ms. Cosma-Nelms to participate in mental health treatment, she would refuse and ultimately return to court on a violation. After several discussions, it was agreed upon to modify Ms. Cosma-Nelms' term of supervised release and order her to be placed on "unsupervised" probation. The Government indicated they wanted to ensure that her financial obligations would be monitored and that she be ordered to obey all laws and the proper authorities would be notified should she commit another crime.

While on "unsupervised" probation, Ms. Cosma-Nelms would still be required to adhere to the mandatory conditions of probation as set forth in 18 USC 3563 (a) as they apply to her

**Re:   Kini COSMA-NELMS**
       **Docket Number:   2:05CR00120-01**
       <u>**MODIFICATION REQUEST**</u>

offense of conviction; however, she would not be supervised by the United States Probation Office.  The United States Attorney's Office will monitor the case with respect to the special assessment and restitution ordered and will enforce the debt.  It appears the issues brought forth by the Government will be taken care of by the mandatory conditions of probation and through the United States Attorney's Office.

Therefore, it is recommended that Ms. Cosma-Nelms' term of supervised release be modified to "unsupervised" probation.

                              Respectfully submitted,

                              /s/   Kris M. Miura

                              **KRIS M. MIURA**
                              **United States Probation Officer**

Dated:      November 2, 2005
            Sacramento, California
            KMM:jz


**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**

cc:   Ellen Endrizzi
      Assistant United States Attorney

      Matthew Bockmon
      Defense Counsel

**Re:    Kini COSMA-NELMS**
    **Docket Number:   2:05CR00120-01**
    **MODIFICATION REQUEST**

_____

**ORDER OF THE COURT:**

The Judgment and Commitment Order dated September 21, 2005, be modified to reflect that the defendant is sentenced to "unsupervised" probation. The defendant shall adhere to the mandatory conditions of probation as set forth in 18 USC 3563 (a) as they apply to her offense of conviction. The United States Attorney's Office will monitor the case with respect to the special assessment and restitution ordered on September 21, 2005, and will enforce the debt.

**Granted**      X                          **Denied**  _____

DATED: November 7, 2005.

                                  _____
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/cosma-nelms.order